



# MEMORANDUM OPINION

No. 04-10-00536-CV

**U.S. BANK NATIONAL ASSOCIATION**,
Appellant

v.

**DIAMOND T RANCH DEVELOPMENT, INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-05471
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  January 5, 2011

JUDGMENT VACATED; APPEAL DISMISSED

The parties have filed a joint motion stating that they have reached an agreement to vacate the trial court's judgment and dismiss the appeal. The motion is granted. The trial court's judgment is vacated, and this appeal is dismissed. TEX. R. APP. P. 42.1(a)(2), 43.2(e), 43.2(f). Costs of the appeal are taxed against the parties that incurred them.

PER CURIAM